**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 1:25-CR-10317-JEK** |
| | ) | |
| | ) | |
| **SELBY OKAI** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**Defendant's Assented to Motion for Hearing Pursuant to Fed. R. Crim. P. 11**

Now comes the defendant, Selby Okai, and respectfully requests a hearing pursuant to Fed. R. Crim. P. 11(a)(1) within the next 30-45 days. Given this motion, Mr. Okai also requests that his presence be excused from the joint status conference on April 29, 2026.

Respectfully submitted,

**SELBY OKAI**
By his attorney,

 /s/ Jennifer A. Sunderland
Jennifer A. Sunderland, BBO No. 673278
Peachy Hackett & Sunderland LLP
88 Broad Street, Suite 101
Boston, MA 02109
Tel: 617.302.8466
jsunderland@phsllp.com

**DATED**:        April 25, 2026

Certificate of Service

I, Jennifer A. Sunderland, certify that this document filed on this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

 /s/ Jennifer A. Sunderland
Jennifer A. Sunderland

1